December 29, 2021

Dear Judge Clark:

My name is Venora Deemer.  I am the ex-wife of Stephen Lawrence.  We were married for 11 ½ years and divorced in 1990.  We have maintained a civil relationship since the divorce.

Steve was a very involved father after we had our daughter, Stephanie Alvord.  He would feed and change her diapers and also help with bathing her as a baby.  He spent a lot of time playing with her also.  He went to parent/teacher conferences, school programs, etc.  I am not Catholic but he is.  He took our daughter to church with him every Sunday with my blessings.  He also took her to her dentist appointment to have her first 2 baby teeth pulled.  If I had to be out of town for any reason, I never had a problem trusting him with her care and that didn't change in the least after we divorced.  She spent at least part of most weekends with him until we moved.  He was always involved with her.  He even agreed to be an assistant coach for her soccer team despite not knowing anything about the sport.  He held that position the 8 years she played from 1st grade through 8th grade.   After I remarried, we moved to NW MO. On more than one occasion he drove the 200+ miles to attend events Stephanie was involved in.  We moved back to Quincy, IL after spending 7 years in Missouri.  I do know that Stephanie spent more time with him then.  He also took her on a vacation trip to Arizona a couple of years after we moved back.  We also worked together with no problems when planning her wedding 11 years ago.  We have maintained a good relationship in the years since we've been back.  He helped babysit our granddaughter when we weren't available a time or two.  He has always helped celebrate our granddaughter's birthday.  She thinks a lot of her Grandpa Lawrence.  All in all, he is a good and decent person.

                                                                   Sincerely,
                                                                  Venora Deemer
                                                                  Quincy, IL